SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUIZHEN CHEN,<br>YUBIN ZHU,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>TERRY E. WAY, Director, U.S.C.I.S., Nebraska Service Center;<br>DAVID STILL, Director, U.S.C.I.S., San Francisco District Office;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-1094 JSW<br><br>**SECOND STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an additional seven-day extension of time within which the defendant must serve its answer to the complaint in the above-entitled action because the parties' may administratively resolve the case. The defendants will file their answer on or before May 11, 2007.

///

Stipulation for Extension
C 07-1094 JSW

Date: May 5, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: May 4, 2007

JUSTIN K. WANG
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 7, 2007

JEFFREY S. WHITE
United States District Judge

Stipulation for Extension
C 07-1094 JSW