| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HUIZHEN CHEN,<br>YUBIN ZHU, | ) | |
| | ) | No. C 07-1094 JSW |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS AND** |
| MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services;<br>TERRY E. WAY, Director, U.S.C.I.S.,<br>Nebraska Service Center;<br>DAVID STILL, Director, U.S.C.I.S.,<br>San Francisco District Office;<br>ROBERT S. MUELLER, Director of<br>Federal Bureau of Investigation, | ) | [~~PROPOSED~~] **ORDER** |
| Defendants. | ) | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' Refugee Asylee Relative Petition application.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation for Dismissal
C 07-1094 JSW

| | | |
|---|---|---|
| 1 | Date: May 7, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| | | /s/ Edward A. Olsen |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |

Date: May ____, 2007

/s/ fax signature
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 10, 2007

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge

Stipulation for Dismissal
C 07-1094 JSW

| | |
|---|---|
| 1  Date: May ___, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | |
| 4 | |
| 5 | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | |
| 7 | |
| 8 | |
| 9  Date: May 9, 2007 | JUSTIN X. WANG<br>Attorney for Plaintiffs |
| 10 | |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

JEFFREY S. WHITE
United States District Judge

Stipulation for Dismissal
C 07-1094 JSW